# THE STATE OF TEXAS
# M A N D A T E

**********************************************

**TO THE 294TH DISTRICT COURT OF VAN ZANDT COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 27th day of February, 2015, the cause upon appeal to revise or reverse your judgment between

**IN THE INTEREST OF K. W. AND P. W., CHILDREN**

**NO. 12-14-00327-CV; Trial Court No. 13-00267**

Opinion by James T. Worthen, Chief Justice.

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 8th day of July, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk